No. 01–732. DECKER ET AL. *v.* BRADBURY, SECRETARY OF STATE OF OREGON. C. A. 9th Cir. Certiorari denied.

No. 01–802. FISCHER, DIRECTOR OF REVENUE OF MISSOURI *v.* LEWIS. C. A. 8th Cir. Certiorari denied.

No. 01–960. CAVALIER MANUFACTURING, INC., DBA BUCCANEER HOMES OF ALABAMA, INC. *v.* JACKSON ET AL. Sup. Ct. Ala. Certiorari denied.

No. 01–968. NATIONAL ASSOCIATION OF STATE UTILITY CONSUMER ADVOCATES *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–978. HENDERSON ET AL. *v.* MAINELLA, DIRECTOR, NATIONAL PARK SERVICE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–1030. WINN-DIXIE STORES, INC., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 01–1083. TEXTRON INC. ET AL. *v.* MASSACHUSETTS COMMISSIONER OF REVENUE. Sup. Jud. Ct. Mass. Certiorari denied.

No. 01–1087. KUSTOM SIGNALS, INC. *v.* APPLIED CONCEPTS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 01–1094. CAPACCHIONE ET AL. *v.* CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL.; and

No. 01–1122. BELK ET AL., ON BEHALF OF THEMSELVES AND THE CLASS THEY REPRESENT *v.* CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1109. HOLLIS *v.* PROVIDENT LIFE & ACCIDENT INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.